DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

KENNETH E. MILLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3440

————————————————

April 29, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Larry Keith Meyer, Jr., Judge.

Kenneth E. Mills, pro se.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and KHOUZAM and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.